ORIGINAL

FILED

JUN 1 5 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Illinois

Montrell Holmes

_____

_____

*Plaintiff/Petitioner(s)*

v. Wexford Health Sources Inc.

Dr. V. Shah (M.D)

Lauren Barron (H.C.U. NURSE)

Ms. Shiply (D.O.N.)

Mrs. Christine Brown (HCU. Administrator)

*Defendant/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)

Case Number: 15-667-JPC

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

Montrell Holmes  #B-04248
1300 West Locust
P.O. Box 999
Canton, Illinois  61520
Illinois River Corr. Center

### Defendant #1:

B.   Defendant Dr. V. Shah _____ is employed as
        (a)       (Name of First Defendant)

Medical Doctor
        (b)       (Position/Title)

with Wexford Health Sources INC.
        (c)       (Employer's Name and Address)

Unknown

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: He is the medical doctor here at
                                                      Pinckneyville C.C.

**Defendant #2:**

C.    Defendant WExford Health Sources INC. Director (John Doe) is employed as

(Name of Second Defendant)

Director WExford Health Sources INC.

(Position/Title)

with   (UNKnown) WExford Health Sources INC.

(Employer's Name and Address)

UNKnown

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: (John Doe) is Director of Wexford Health Sources INC.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

def. #3  LAUREN BARRON

Sick-Call Nurse

WExford Health Sources INC.

She is the sickcall nurse that I was seen by at Pinckneyville C.C. H.C.U. YES

def. #4 ms. Shiply

D.O.N. (Director of Nurses)

WExford Health Sources INC.

She is the D.O.N. at Pinckneyville C.C. Health Care Unit YES

def. #5 mrs. Christine Brown

Health Care Unit Administrator

WExford Health Sources INC.

(Rev. 7/2010) She is the H.C.U. Administrator I wrote about the inadequate medical YES

care I was given but never responded.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☒ Yes   ~~No~~ CANCEl

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s): Montrail Holmes

   Defendant(s): DR ObAdiNA / GARy Geerst

2. Court (if federal court, name of the district; if state court, name of the county): U.S. District Court Southern District of Illinois 7th Circuit

3. Docket number: 3:09-cv-00047-PMF

4. Name of Judge to whom case was assigned: Judge P.M. FRAZiER

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights Action

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SUMMARY Judgement in favor of Mr.Geerst And Jury verdict in favor of Mr. Obadina

7. Approximate date of filing lawsuit: 7-27-2009

8. Approximate date of disposition: 4/11/2013

III.    **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner
        grievance procedure?                ☒ Yes    ☐ No

    C.    If your answer is YES,
        1.    What steps did you take? Filed grievance within the institution and
grievance officer then sent it to ARB according to the PLRA

        2.    What was the result?

    D.    If your answer is NO, explain why not.

    E.    If there is no prisoner grievance procedure in the institution, did you
        complain to prison authorities?           ☐ Yes    ☐ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any
        response you received.  If you cannot do so, explain why not.

SEE EXibits (Attached)

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON SEVERAl OCCASiONS SiNCE SEPT. 2014 I'VE TRiED to RECEiVE MEDiCAl TREATMENT that WORK FoR A iNjuRY that I got HER At PiNCKNEYViLLE CC, oN the YARd. I got hit HARd ACRoss my left upper ARM (shoulder AREA), After REAliZiNg the PAiN WASN'T goiNg AWAY ANd I begiN to EXPERiENCE MORE PAiN, Stiffness/FREEZiNg of the joiNT, ANd limited MotioN/MOVEMENT I SigNEd up foR SiCK-CAll to get MEDiCAl TREATMENT foR the oNgoiNg PAiN I WAS hAViNG. I WAS SEEN by (NURSE LAUREN BARRON) who REfused to giVE ME hER NAME, I got it fRoM ANOthER iNMATE. ANY how this NURSE iNfoRMEd ME She RECEiVEd ANd REAd my MEDiCAl REQUEST foRm SEEKiNg MEDiCAl ASSiSTANCE ANd that She's oNlY AlloWEd to giVE ME TYlENOl (ACEtAMiNPHON) ACCoRDiNg to hER PROTOCO/protocol ANd that I hAd to SigN up 3 timES befoRE I CAN be SEEN by the doctoR, I iNfoRmEd NURSE LAUREN BARRON that I tRiEd the TYlENol SEVERAl WEEKS befoRE I SigNEd-up foR SiCK-CAll ~~the TYlENol~~ the TYlENol iSN'T WoRKiNg ANd the PAiN iS gEttiNg WoRSE ANd my MOVEMENT ANd ARM MotioN iS becomiNg limited ANd At timES Stiffing/FREEZiNg up. I theN ASK if She could At lEASt REfER ME to the phYSiCiAN ASSiSTANT She SAid NO, I could tAKE the (ACEtAMONphEN) bubble pACK oR lEAVE it, that's All She's doiNg ANd wAlKEd AWAY. I WROtE A gRiEVANCE CoNCERNiNg the deNiAl of AdEQuAtE MEDiCAl-CARE ANd the CoNDuCt/AttitudE of NURSE LAUREN BARRON, the HEAlth CARE AdMiNistRAtoR's RESPONSE WAS "I CAN bE REfERREd At the fiRSt CliNiC if MEDiCAllY iNDiCAtEd. It Also StAtEd that the NURSE StAtEd TYlENol (ACEtAMiN ophEN) to SEE if it WoRKS"
TRY 4 (SEE GRiEVANCE AttAchEd)

Revised 9/2007

I had Already informed Nurse Barron that I've tried tylenol the last several weeks and that it hasn't stopped the pain, stiffning/freezing of the joint, and the pain hasn't went away. After signing up for sick-call 2 more times I was finally referred to see Dr. Shah by A unknown nurse who recognized that I had limited motion and pain in my upper left shoulder area, Around the 2nd week of Nov. 2014 I was seen by Dr. Shah, Dr. shah wouldn't hear me through he constantly stated it's Arthiritis from old injuries, I told Dr. Shah I never had injuries to my upper left shoulder he prescribed me Naproxen and sent me for x-rays instead of A M.R.I. Around the 2nd week of Jan, 2015 I was transfered to Illinois River C.C., once there I learned from the sick-call nurse Ms. Wells that the x-ray stated I had no broken bones or fractures, I never told Dr. Shah about the possibility of broken/fractured upper bone I spoke of A possible muscle tear to my upper shoulder area (left), Since then I've received my x-ray results which show I have no broken bones/fracture, but has been recommended for a M.R.I. . I'm still experiencing the pain, stiffing, and freezing of the joint, I've been given (800 mg Ibuprofen), A nalgesic Balm (muscular pain reliever), an inflamatory injection (toridial) and a cortozone injection in upper-left shoulder April 2015, in spite of all the medical treatment I'm still experiencing the same pain.

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I would like to have A Adequate Examination and M.R.I, and Receive treatment that will stop the pain/stiffening of my upper left shoulder, I also would like those involved in denying me proper care/treatment reprimanded for unprofessional conduct/treatment

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on: __6-11-15__
(date)

__P.O. Box 999__
Street Address

__Canton, IL  61520__
City, State, Zip

_Montrell Holmes_
Signature of Plaintiff

_Montrell Holmes_
Printed Name

__B-04248__
Prisoner Register Number


_____
Signature of Attorney (if any)

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

### CERTIFICATE OF SERVICE

I certify that a copy of this _1983 U.S_ was mailed/delivered
(Name of Document)

to _Montrell Holmes  P.O. Box 999 Canton, IL_ on _6-11-15_
(Name and Address of Party/Attorney) _61520_ (Date)

_Montrell Holmes_
Signature

_Montrell Holmes_
Printed Name

---

12.   Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.   You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

EXIBIT A

To: Mrs. Shisly (Director Of Nurses)                    11-16-14
From: Montrell Holmes #B-04248

I'm seeking assistance in obtaining adequate medical-care from the Health Care Unit here at Pinckneyville C.C., I injured my *left* upper shoulder about July 2014 on the yard. I waited until recently to be checked because I thought it was just a minor pain/injury that eventually will go away. I've now begun to experience slight paralysis in my ~~left~~ upper shoulder area and pain more frequently. I recently signed up for sick-call which was around Sept. 2014 approx. 10 weeks after I injured my shoulder. I was told a shoulder injury should be checked after 6-8 weeks if you still experience pain. I was seen by a nurse who's name may be (Lauren) she refused to tell me her name so an inmate gave me her name. Anyway, this sick-call nurse asked me to sign the co-payment slip and go weigh myself, this nurse then informed she read my sick-call request form and medical issue/pain I was having still, this nurse stated, that according to their procedure, until I've signed up 3-times she's only allowed to give me (Tylenol). I again ~~~~ informed this nurse that the pain and freezing of my arm rather upper *left* shoulder area was getting worser/painful and could she at least refer me to the physician assistant to have it examined since you wont do it, this sick-call nurse said she wouldn't, take the tylenol or she's done seeing me.

*over*

The sick-call nurse walkaway. I respectfully ask that I be given adequate treatment to prevent further unknown damage and pain. I have had issues previously with these same issues and the result was me being sent to the outside hospital for several surgical procedures which left me with permanent nerve damage in my right arm

Respectfully Requested,
Montrell Holmes

EXIBIT B

To: Mrs. Shiply (D.O.N.)                                    12/10/14
From: Montrell Holmes #B-04248

I previously wrote you concerning a shoulder injury I have,
I'm still having pain in my upper left shoulder and still waiting
on x-ray results that were taken approx. 2 weeks ago, if possib
I would like to receive assistance in obtaining proper/adequate
care from Dr. V. Shah.

                        Respectfully Requesting,
                        Montrell Holmes #B-04248

Subscribed and sworn to before me on
the _10th_ day of _December_ 2014

_Leslie Markel_
        NOTARY

OFFICIAL SEAL
LESLIE J MARKEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/07/15

GRIEVANCE # 10-59-14  EXibit C

To: Mrs. Shiply (DIRECTOR of NURSES)
From: Montell Holmes #B-04248

I'm seeking assistance in obtaining adequate medical care from the H.C.U. here at Pinckneyville C.C., I injured my upper left shoulder about July 2014 on the yard, I waited until recently to be checked because I thought it was just a minor injury and the pain would eventually go away. I've now begun to experience slight paralysis in my left upper shoulder and the pain is becoming more painful and longer frequencly. I recently signed up for sick-call which was around Sept. 2014 approx 10 weeks after I injured my shoulder, I was told a shoulder injury should be checked after 6-8 weeks if you still experience pain, I was seen by a nurse whos name may be (Lauren) she refused to tell me her name so an inmate told me her name. Anyway this sick-call nurse asked me to sign the co-payment slip before she said anything once signed she asked me to weigh myself, this nurse then informed me she read my sick-call request form and medical issue/pain I was still having, this nurse stated that according to their policy/procedure until I've signed up for 3 times to nurse sick-call she's only allowed to give me (Tylenol). I again informed this nurse that the pain and freezing of my shoulder was getting worse/painful and asked if she could at least refer me to the physician assistant to have it examined since she wouldn't, this sick-call nurse said she wouldn't, take the tylenol or she's done seeing me. This sick-call nurse walked

OVER

away. I respectfully ask that I be given adequate treatment to prevent further unknown damage/pain. I have had issues previously with these same issues and the results were me being sent to outside hospital for several surgical procedures which left me with permanent nerve damage in my right arm.

Respectfully requested,
Montrell Holmes

Subscribed and sworn to before me on the ___5th___ day of ___October 2014___

Beslin Markel
NOTARY

OFFICIAL SEAL
LESLIE J MARKEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/07/15

EX 4A

10-59-14

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

B-04248

| Date: 9/27/14 | Offender: (Please Print) MONTRELL HOLMES | ID#: |

| Present Facility: Pinckneyville C.C. | Facility where grievance issue occurred: Pinckneyville C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

RECEIVED
OCT 10 2014
GRIEVANCE OFFICE
PNKCC

☐ Disciplinary Report: ____/____/____
Date of Report                                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON SATURDAY Sept. 27, 2014 I went on a 11:30 HCU PASS for NURSE SICK-CALL, I was called by NURSE LAUREN who directed me to weigh myself. This NURSE then informed me that she read my sick-call request form stating that I had been experiencing shoulder pain possibly a tear in my rotator cup area, this NURSE said she couldn't or wouldn't sign me up to see the doctor because I have to sign up 3-times before I could ~~be~~ be seen by a doctor, I informed NURSE LAUREN that at times my left arm is almost immobile at times NURSE LAUREN stated she following "the rules" and that she's only allowed to give me tylenol so take it or leave it, I asked if I could at least get something stronger for the pain she said NO & I was asked

Relief Requested: To be properly evaluated for medical condition and have policy changed to better protocol.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Montrell Holmes                    B-04248          9/27/14
Offender's Signature                ID#                Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9/28/14   ☒ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ~~Per C Brown HCUA: He could be referred at the first clinic if medically indicated. The nurse was telling his this was not something new and he should try Tylenol first to see if it helps. The nurse can't give him anything stronger than Tylenol. If he is still having problems then he will need to go back through NSC.~~

C. Van Zant                    C.V.B                10/5/14
Print Counselor's Name          Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                                      ____/____/____
Chief Administrative Officer's Signature                        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: 10/10/14          Date of Review: 10/16/14          Grievance # (optional): 10-59-14

Committed Person: Holmes, Montrell                                    ID#: B04248

**Nature of Grievance:** medical treatment—shoulder

**Facts Reviewed:** Grievant claims the following: On 9/27/14 he went to nurse sick call.  He told Nurse Lauren about his shoulder pain and that he possibly had a tear in his rotator cup area.  Nurse told him she couldn't sign him up to see the doctor because he had to sign up 3 times before he could be seen by a doctor.  She told him she was following the rules and that she wasn't allowed to give him Tylenol so take it or leave it.  He asked if he could at least get something stronger for the pain and she said no.

**Relief Requested:** Grievant requests to be properly evaluated for medical condition and have policy changed to better protocol.

Per HCUA Brown—he could be referred at the first clinic if medically indicated.  The nurse was telling him this was not something new and he should try Tylenol first to see if it helps.  The nurse can't give him anything stronger than Tylenol.  If he is still having problems then he will need to go back through NSC.

**Recommendation:**   It appears that grievant's medical concerns have been addressed by health care staff.  Offender should follow proper protocol to be seen for any further issues.   Recommend grievance be denied.

_____ K Dean , CCII _____                    _____ K Dean _____
Print Grievance Officer's Name                        Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _10/20/14_          ☒ I concur      ☐ I do not concur      ☐ Remand

Comments: _____

_____ TA Spiller _____                    _10/20/14_
Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Montrell Holmes_                    _B-04248_                    _ / / _
Committed Person's Signature                    ID#                    Date

*Exhibit E*

*4C57*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Holmes_ _Montrell_ _____ _B04248_
Last Name   First Name   MI   ID#

Facility: _Illinois River (1-14-15)_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/5-15_ or ☐ Correspondence: Dated: _____
Received: _3/30-15_ Regarding: _Medical - allege had X-ray on left upper arm and_
Date
_not told about X-ray results_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

**Other** (specify): _if timely in accordance with DR 504.810._

Completed by: _____Billie W. Greer_____  _Billie W. Greer BG_  _5/7/15_
Print Name   Signature   Date

Distribution:  Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

RE: GRIEVANCE PROCEDURE

To: ARB (INMATE ISSUE)                    3/25/15

From: Montrell Holmes #B-04248

To whom it may concern,

I'm no longer in Pinckneyville Corr. Center, I was informed that this grievance should be sent to ARB since I'm now at Illinois River C.C., if possible, I would like a returned response stating you have received this grievance. I thank-you sincerely for your time/assistance in this matter.

Respectfully Requesting,

Montrell Holmes

P.S. If possible, may I please have a returned stamped filed copy of this grievance. Thank-you!!!

RECEIVED

MAR 3 0 2015

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-5-15 | Offender: (Please Print) Montrell Holmes | ID#: B-04248 |
|---|---|---|

| Present Facility: Pinckneyville C.C. | Facility where grievance issue occurred: Pinckneyville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____   Facility where issued: _____
         Date of Report

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

EVERY SiNcE SEPT. 2014 I've been trying to receive treatment for a upper -shoulder injury on my left arm, ON or Around the second week of November 2014 I was pulled on the doctor's call-line to see DR. Shah who ordered x-rays and gave me a bubble pack of Naproxen for pain, it's now JAN. 2015 I still haven't been called back to hear my results from the x-rays Nor have I been giving Anything else for the ongoing pain in my left-upper arm, I've written the (D.O.N.) Ms. Shiply asking her for Assistance for the ongoing pain as well As seeking treat-ment that will stop the ongoing pain And stiffening of my left arm but she. Ms. Shiply hasn't responded to Any of the 3 letters I've written her, (over)

**Relief Requested:** To Receive treatment that will eleviate the ongoing pain and stiffening of my upper left shoulder joint.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Montrell Holmes | B-04248 | 1, 5, 15 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 01, 08, 15    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. *Send to* Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: PER DON SHIPLEY. HE WILL BE PUT ON THE NEXT AVAILABLE MD LINE FOR A FOLLOW UP FOR SHOULDER PAIN & X-RAY.

| K. MELVIN | K. Melvin | 03, 20, 15 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
MAR 2015
ADMINISTRATIVE / REVIEW BOARD

_____
Chief Administrative Officer's Signature                                      Date

DOC 0046 (8/2012)

Distribution: Master File/Offender

Page 2

DR. Shah tried to tell me its' ~~Athritis~~ Arthritis setting in by me getting older.


GHANTOUS & ALMASI

March 27, 2015


Mr. Montrell Holmes #B-04248
1300 W. Locust
P. O. Box 999
Canton, IL 61520


**Re:  Your Letter of March 16, 2015**


Dear Mr. Holmes:

Thank you for your letter of March 16, 2015 and for thinking of Ghantous & Almasi.  Our firm does not provides the services you are requesting.  The Peoria County Bar Association may be able to help you locate attorneys in the area who handle your type of case.  The Lawyer Referral Service phone number is (309) 674-1224.

Again, thank you for thinking of Ghantous & Alamsi.


**Very truly yours,**

**GHANTOUS & ALMASI**

Leo Ghantous, Esq.


LG:mmp

---

**Ghantous & Almasi, Attorneys at Law**  3100 N. Dries Ln. Suite 201, Peoria, IL 61604
Tel (309) 672-1444  Fax (309)-672-1449  www.ghantousandalmasi.com



BENASSI & BENASSI, P.C.
Attorneys at Law

A. Lou Benassi
Patricia C. Benassi
Athena M. Herman

April 6, 2015

Montrell Holmes – B04248
Illinois River Correctional Center
P.O. Box 999
Canton, IL  61520

Dear Mr. Holmes:

Our firm is in receipt of your recent correspondence to our office.  Unfortunately, we will
be unable to assist you or represent you on any claim.  If you require legal assistance, you
may be able to obtain it from:

National Lawyers Guild Chicago
637 S. Dearborn St., 3rd Floor
Chicago, IL  60605

Very truly yours,

BENASSI & BENASSI, P.C.

*Lori A. Maurer*

Lori A. Maurer
Legal Assistant to Patricia C. Benassi
    and Athena M. Herman

/lam

# WARREN E. DANZ, P.C.
## Law Offices

WARREN E. DANZ
MICHAEL A. SUE
MICHAEL J. MEYERS

710 N.E. JEFFERSON STREET
PEORIA, ILLINOIS 61603

TELEPHONE    309-676-4645
FAX NUMBER   309-676-6724
DECATUR      217-423-2563
SPRINGFIELD  217-529-5588
DANVILLE     217-431-3151

April 7, 2015

Montrell Holmes #B-04248
1300 W. Locust
P.O. Box 999
Canton, IL 61520

Dear Mr. Holmes:

    I received your letter on March 16, 2015 inquiring about filing a claim. Unfortunately, our office will be unable to represent you in this matter. However, I do want you to be aware that you have 1 year from the date of accident to file a lawsuit before the statute of limitations expires. Again, our office will not be representing you on this matter.  I wish you the best of luck.

Sincerely,
WARREN E. DANZ, P.C.

Warren E. Danz
WED/km

Montrell Holmes #B-04248
Illinois River Corr. Center
100 West Locust
P.O. Box 999
Canton, Illinois
61520

Pro Bono Advocates
165 N. ~~Canal~~ CANAL suite 1020
Chicago, Illinois
60606



No longer at th

NIXIE     600     CE 1009     0202/

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

LEGAL-MAIL

S SUBURBAN IL 604

04 FEB 2015 PM 5 L

4C23

60606$1403
61520@0999

BC: 61520099999     *1661-02587-

---

Montrell Holmes #B-04248
Illinois River Corr. Center
100 West Locust
P.O. Box 999
Canton, Illinois
61520

4C23

West Central Illinois Legal Assist
119 S. Cherry
P.O. Box 1232
Galesburg, Illinois
61401

NIXIE     600     CE 1947     0201/

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

LEGAL-Mail     625     61473@0999

BC: 61520099999     *1661-02583-