IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTRELL HOLMES,

     **Plaintiff,**

vs.                                     Case No.  15-cv-667-SCW

DR. V. SHAH, WEXFORD HEALTH
SOURCES, INC., LAUREN BARRON,
MS. SHIPLY and CHRISTINE BROWN,

     **Defendants.**

## JUDGMENT IN A CIVIL CASE

**WILLIAMS, Magistrate Judge:**

    Defendants Wexford Health Sources, Inc., Lauren Barron and Christine Brown were dismissed without prejudice on July 21, 2015 by and order entered by Chief Judge Reagan 2016 (Doc. 8).

    Defendants Dr. V. Shah, Lauren Barron and Ms. Shipley were dismissed with prejudice on March 27, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 85).

    Therefore, judgment is entered in favor of Defendants Dr. V. Shah, Lauren Barron and Ms. Shipley and against Plaintiff Montrell Holmes.

    Plaintiff shall take nothing from this action.

    The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.  These deadlines for motions

under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

DATED: March 28, 2018

**Justine Flanagan, Acting Clerk**
By: *Angie Vehlewald*
**Deputy Clerk**

**Approved by:** */s/ Stephen C. Williams*
**STEPHEN C. WILLIAMS**
**United States Magistrate Judge**